# United States District Court

WESTERN DISTRICT OF MISSOURI

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| v. | Case Number: 11-00138-REL |
| **HSIEN HSIEN LIU**<br>a/k/a "Jacqueline"<br>[DOB: 10-14-47] | 18 U.S.C. § 1351<br>**Fraud in Foreign Labor Contracting**<br>[NMT: Five Years Imprisonment, $250,000 Fine, Three Years Supervised Release, Plus $100 Special Assessment, Order of Restitution, Class D Felony] |

**I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.**

Between on or about November 1, 2010 to and including March 5, 2011, in the Western District of Missouri, the defendant, Hsien Hsien Liu, knowingly and with the intent to defraud, recruited, solicited, and hired a Female Victim (FV) from outside of the United States for purposes of employment in the United States by means of materially false and fraudulent pretenses, representations and promises regarding that employment; in violation of 18 U.S.C. § 1351.

**I further state that I am a(n)** Special Agent with the Federal Bureau of Investigation **and that this complaint is based on the following facts:**

(See attached affidavit.)

**Continued on the attached sheet and made a part hereof:** ☒ Yes  ☐ No

/s/ Steven Leippert
Signature of Complainant

**Steven Leippert**
**Special Agent**
**Federal Bureau of Investigation**

Sworn to before me and subscribed in my presence,

November 10, 2011 at Kansas City, Missouri
Date                    City and State

HONORABLE ROBERT E. LARSEN
Chief United States Magistrate Judge         /s/ Robert E. Larsen
Name and Title of Judicial Officer            Signature of Judicial Officer