IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | No. 11-00284-01-CR-W-DGK |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | **COUNT ONE** |
| | ) | **18 U.S.C. § 1351** |
| v. | ) | **Fraud in Foreign Labor Contracting** |
| | ) | NMT Five Years Imprisonment |
| HSIEN HSIEN LIU, | ) | NMT $250,000 Fine |
| [DOB: 10-14-47] | ) | NMT Three Years Supervised Release |
| | ) | Class D Felony |
| Defendant. | ) | |
| | ) | $100 Mandatory Special Assessment |
| | ) | Mandatory Restitution |

## I N F O R M A T I O N

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE

Between on or about November 12, 2009, to and including August 2, 2011, in the Western District of Missouri, the defendant, Hsien- Hsien Liu, knowingly and with the intent to defraud, recruited, solicited, and hired Female Victim 1 and Female Victim 2 from outside of the United States for purposes of employment in the United States by means of materially false and fraudulent pretenses, representations and promises regarding that employment.

All in violation of Title 18, United States Code, Section 1351.

                                              Respectfully submitted,

                                              Beth Phillips
                                              United States Attorney

                                By    */s/ Cynthia L. Cordes*
                                              Cynthia L. Cordes
                                              Assistant United States Attorney

Dated:   11/18/2011
          Kansas City, Missouri