# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 11-00284-01-CR-W-DGK |
| ) | |
| HSIEN HSIEN LIU, ) | |
| [DOB: 10-14-47] ) | |
| ) | |
| Defendant. ) | |

## COURT ORDER FOR JUDICIAL REMOVAL OF DEFENDANT

The United States of America and the defendant, Hsien Hsien Liu, have jointly requested and stipulated to an entry of a judicial order of removal, pursuant to 8 U.S.C. Sections 1451(e) and 1228(c)(5). Pursuant to the joint request and stipulation, which are set forth in the Stipulation for Court Order and Removal of the Defendant (Attachment A of the Plea Agreement) filed in this matter, the Court finds the following:

1. The defendant has knowingly, intelligently, and voluntarily waived her right to:

    (a) notice and hearing before an immigration judge prior to removal from the United States;

    (b) a judicial removal proceeding;

    (c) examine the evidence against her that establishes that she is removable from the United States;

    (d) present any evidence on her own behalf that establishes that she is not subject to removal from the United States;

(e) seek and apply for a waiver, pursuant to 8 U.S.C. Section 1227(a)(H).

2. The facts that support an entry of a judicial order that defendant be removed from the United States:

(a) The defendant is a native of Taiwan.

(b) The defendant is present in the United States on an E-1 visa.

(c) On November 18, 2011, the defendant pled guilty to a violation of 18 U.S.C. Section 1351, Fraud in Foreign Labor Contracting and is convicted of a felony offense.

3. The Defendant is removable under 8 U.S.C. Section 1227(a)(2)(A)(i)(II) for being convicted of a crime for which a sentence of one year or longer may be imposed, and Section 1227(a)(2)(A)(iii) for having been convicted of an aggravated felony under Section 1101(a)(43)(M)(i)(fraud and deceit with a victim suffering a loss exceeding $10,000).

4. The Commissioner of the Department of the Homeland Security, Immigration and Customs Enforcement, has concurred in the stipulated request for Judicial Removal, which concurrence is attached to this Order and incorporated by reference.

IT IS ORDERED that the defendant, pursuant to 8 U.S.C. Sections 1227(a)(2)(A)(i) and 1228(c)(5), be removed from the United States to Taiwan, and that the United States Immigration and Customs Enforcement execute this Order of Removal according to the applicable laws and regulations of the United States.

    /s/ Greg Kays
GREG KAYS
UNITED STATES DISTRICT JUDGE

Dated:  January 27, 2012